JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste. 289
Oakland, California  94611
Telephone:  510-583-9622
Facsimile:  510-886-7218
vaughnslaw@aol.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANA BOSTICK,<br><br>    Defendant. | NO.: CR 15-00252 JSW<br><br>**STIPULATION RE: CONDITIONS OF RELEASE** |

The parties stipulate as follows:

1. Ana Bostick is a defendant in this action and, on November 18, 2015, the Court released Mrs. Bostick on a $50,000 P/R bond with certain conditions and restrictions on her travel.

2. On October 28, 2016, Mrs. Bostick would like to travel to Anaheim for the purpose of taking her minor children to Disneyland. The expectation is to return on October 30, 2016.

3. Neither USPTO Victoria Gibson, nor AUSA Thomas Newman, has an objection to

modifying the terms of Mrs. Bostick's terms of release to allow for this brief travel outside the Northern District of California to the Central District from October 28, 2016 to October 30, 2016. All other terms and conditions would remain as previously ordered.

IT IS SO STIPULATED

*-S-James Phillip Vaughns*

JAMES PHILLIP VAUGHNS
Counsel for Ana BOSTICK


THOMAS NEWMAN
Assistant United States Attorney


VICTORIA GIBSON
U.S. Pretrial Services Officer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO.: CR 15-00252 JSW |
|---|---|---|
| Plaintiff, | ) | STIPULATION RE: CONDITIONS OF RELEASE |
| vs. | ) | |
| ANA BOSTICK, | ) | |
| Defendant. | ) | |

The Court hereby ORDERS that the conditions of release set for defendant ANA BOSTICK be modified to permit her travel to Anaheim, California from October 28, 2016 to October 30, 2016 for purposes to taking her minor children to Disneyland.

All other terms and conditions would remain as previously ordered.

Dated: 10/18/16

_____
Hon. KANDIS A. WESTMORE
United States Magistrate Judge